1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SHARON GLENN PRATT,

          Plaintiff,

    v.

HARTFORD CASUALTY INSURANCE
COMPANY,

          Defendant.

Case No.  14-cv-02550-BLF

**CASE MANAGEMENT ORDER**

On October 30, 2014, the parties appeared before Judge Beth Labson Freeman for a Case

Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Discloser of Expert Reports<br>Disclosure of Rebuttal Expert Reports | 06/22/2015<br>07/22/2015 |
| Fact Discovery Cut-Off | 10/22/2015 |
| Expert Discovery Cut-Off | 06/22/2015 |
| Deadline for Mediation | 12/19/2014 |
| Final Pretrial Conference | 11/19/2015 at 2:30 pm |
| Bench Trial | 12/07/2015 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2  are referred to the assigned Magistrate Judge.

3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4  orders, which are available on the Court's website and in the Clerk's Office.

5

6  Dated:  October 30, 2014

7  _____

8  BETH LABSON FREEMAN
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2